ACCEPTED
03-15-00317-CV
6786046
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 2:24:13 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00317-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 2:24:13 PM
JEFFREY D. KYLE
Clerk

**TERRY RANDALL**
**Appellant**

**vs.**

**HERBERT WALKER D/B/A, WALKER WATER WELLS; AND**
**WALKER WATER WELL SERVICES, LLC.,**
**Appellees**

From Cause No. 423-2441
In the 423rd Judicial District Court
Bastrop County, Texas

## APPELLANT'S SECOND OPPOSED MOTION TO ENLARGE THE TIME FOR FILING THEIR OPENING BRIEF

Craig Welscher
State Bar No. 21167200
S. Cory Sells
State Bar No. 24075525
The Welscher Law Firm, P.C.
1111 North Loop West, Suite 702
Houston, Texas 77008
(713) 862-0800 – Telephone
(713) 862-4003 – Facsimile
Email: csells@welscherlaw.com
*Attorneys for Appellant*

1

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW TERRY RANDALL, the Appellant in the above-numbered and styled appeal, by and through their counsel of record, S. Cory Sells, and respectfully moves for an enlargement of twenty-one (21) days for the filing of their opening brief, and in support thereof would respectfully show unto the Court the following:

1. Final Judgment in this matter was issued on June 1, 2015. Appellant's brief is currently due on Tuesday, September 8, 2015.

2. Appellant's opening brief will contest a JNOV which contested legal and factual sufficiency of every item placed before the jury. Appellant's wishes to have adequate time to fully brief all of these issues. Appellants counsel requests additional time to continue legal research of the matters raised and to properly prepare a response.

3. Accordingly, Appellant's counsel respectfully requests that the Court enlarge the time for filing Appellant's opening brief by twenty-one (21) days, through September 29, 2015.

4. Appellant has attempted to contact counsel for Appellees regarding their opposition to this request but has yet to hear back from opposing counsel.

## **PRAYER**

Wherefore, premises considered, the Appellant, Randall Walker, prays that

2

the Court enlarge the deadline for the filing of their opening brief by twenty-one (21) days, through September 29, 2015.

Respectfully submitted,

**THE WELSCHER LAW FIRM**

/s/ S. Cory Sells
Craig Welscher
State Bar No. 21167200
S. Cory Sells
State Bar No. 24075525
The Welscher Law Firm, P.C.
1111 North Loop West, Suite 702
Houston, Texas 77008
(713) 862-0800 – Telephone
(713) 862-4003 – Facsimile
Email: csells@welscherlaw.com
*Attorneys for Appellant*

## CERTIFICATE OF CONFERENCE

The undersigned sent an email to and left a telephone messages with Mr. Alex Metcalf about this Motion on September 3, 2015. His staffed advised the undersigned that Alex Metcalf was currently in Jury trial for the week of August 31, 2015. Mr. Alex Metcalf was did not respond to either message or email by the date of filing. Appellant's counsel is assuming he is opposed based upon his non-response.

/s/ S. Cory Sells
S. Cory Sells

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record in the manner required by Texas Rule of Appellate Procedure 9.5, on this the 3rd day of September, 2015.

***Via Electronic Service***
Alex Metcalf
807 Pecan Street
Bastrop, Texas 78602

/s/ S. Cory Sells
S. Cory Sells

4

# THE WELSCHER LAW FIRM

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

———— ⋆ ————

CRAIG WELSCHER
SHAREHOLDER

1111 North Loop West, Suite 702
Houston, Texas  77008

Tel:  (713) 862-0800
Fax:  (713) 862-4003

September 3, 2015

**_Via ProDoc Electronic Filing_**
Jeffrey D. Kyle, Clerk
3rd Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

       **Re:  _Court of Appeals Number:03-15-00317-CV_**
           **_Trial Court Case Number: 423-2441;Terry Randall v. Herbert J. Walker d/b/a_**
           **_Walker Water Well; and Walker Water Well Services, LLC_**

Honorable Clerk:

    Enclosed please find following:

    **_Appellant's Second Unopposed Motion to Enlarge the time for Filing their Opening Brief_**

    Should you have any questions regarding the enclosed, please contact our office. Thank you for your assistance in this matter.

               Very truly yours,

               THE WELSCHER LAW FIRM

               _Connie Gilbert_ /e/

               Connie Gilbert,
               Paralegal to Craig Welscher
               service@welscherlaw.com

CCG//pld
Enclosures: As Stated
cc:
_Via Facsimile: (512) 303-6766 and/or_
_Via Electronic Mail: alex@lostpineslawyer.com_
Alex Metcalf
Attorney at law
807 Pecan Street
Bastrop, Texas 78602